UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>SAED ALI MIRREH,<br><br>          Defendant. | Case No. MJ25-708<br><br>DETENTION ORDER<br>RULE 5 TRANSFER |

Defendant Saed Ali Mirreh is charged with conspiracy to provide material support to a designated foreign terrorist organization, 18 U.S.C. § 2339B(a)(1), in the District of New Jersey. The Court held a detention hearing on November 5, 2025, pursuant to Fed. R. Crim. P. 5(c)(2), (d)(3), and 18 U.S.C. § 3142, and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Mirreh is charged with a crime of violence.

2. There is a rebuttable presumption of that no condition or combination of conditions will reasonably assure the appearance of the person as required and the

DETENTION ORDER - 1

safety of the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record effectively rebuts the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Mirreh as required and the safety of the community. Mr. Mirreh has strong family ties, stable housing, and has many ties to the jurisdiction. Mr. Mirreh does not have a criminal history.

4. Due to time constraints, Mr. Mirreh was not interviewed by Pretrial Services. The court relied on proffers from the government regarding the allegations as the criminal complaint was not received prior to the hearing such that it could be reviewed by the court. Neither the government nor Mr. Mirreh's counsel requested additional time for an interview or for the court to review the criminal complaint.

5. Mr. Mirreh poses a risk of danger due to the nature of the allegations against him and the prior allegations relating to similar conduct. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Mirreh is not a danger to other persons or the community, pending his initial appearance in the District of New Jersey.

IT IS THEREFORE ORDERED:

(1) Mr. Mirreh shall be detained pending initial appearance in the District of New Jersey and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Mirreh shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Mirreh is confined shall deliver Mr. Mirreh to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Mirreh, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 5th day of November, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

- 3