UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAED ALI MIRREH,<br><br>　　　　　　　　Defendant. | CASE NO. MJ25-708<br><br>**JOINT MOTION TO MODIFY RULE 5 ORDER OF TRANSFER** |

The United States of America, by and through Charles Neil Floyd, United States Attorney for the Western District of Washington, and Todd Greenberg, Assistant United States Attorney for said District, and defendant Saed Ali Mirreh, through his counsel, Dawn L. Farina, hereby move this Court for an order modifying its Order of Transfer (Dkt. 7).

After conducting a Rule 5 hearing on November 5, 2025, this Court entered the Order of Transfer, directing the U.S. Marshal "to transport defendant as promptly as possible to" the District of New Jersey, where a Criminal Complaint has been filed. Dkt. 7 at page 3.

Subsequently, defense counsel has engaged in communications with Assistant U.S. Attorneys in both the District of New Jersey and the Western District of Washington related to Mr. Mirreh's desire to pursue a transfer of these proceedings to the Western District of Washington, pursuant to Fed. R. Crim. P. 20. To facilitate the potential for a Rule 20 transfer

and allow Mr. Mirreh to remain in the Western District of Washington in the meantime, the parties jointly request that the Court modify the Order of Transport to direct the U.S. Marshal not to transport Mr. Mirreh to the District of New Jersey until further Order of this Court.

Undersigned government counsel has discussed this matter with supervisory personnel at the U.S. Marshal's Service for the Western District of Washington, who have confirmed that the requested Modified Order would allow them to keep Mr. Mirreh in this District while the parties negotiate a potential Rule 20 transfer.

Dated this 7th day of November, 2025.

Respectfully submitted,

/s/ *Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2636
E-mail: Todd.Greenberg4@usdoj.gov


*/s/ Dawn L. Farina*
Dawn L. Farina
Counsel for Saed Ali Mirreh