# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ25-708 |
|---|---|
| Plaintiff, | **ORDER MODIFYING ORDER OF TRANSFER** |
| v. | |
| SAED ALI MIRREH, | |
| Defendant. | |

Having considered the record and the parties' joint motion to modify the Order of Transfer entered by this Court on November 5, 2025, and for the reasons set forth in the parties' motion, the Court grants the motion and ORDERS as follows:

To facilitate the parties ongoing negotiations about a potential transfer of these proceedings to the Western District of Washington pursuant to Fed. R. Crim. P. 20, the U.S. Marshal is directed not to transport Mr. Mirreh to the District of New Jersey until further Order of this Court.

Dated this 7th day of November, 2025.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Order – 1